UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-cr-49-SPC-NPM

LUIS DANIEL FUENTES

### ORDER

Before the Court is Defendant Luis Daniel Fuentes' Motion for Court Order to Permit Expert Access to Detained Defendant to Assist Court-Appointed Counsel. (Doc. 35). Defendant has hired Dr. Scot Machlus, Ph.D. to render an expert opinion on his competency. To do so, Defendant says that Dr. Machlus must meet with him in a private room—with a table and chairs, as well as an electrical outlet for his laptop—at the Charlotte County Jail on August 28, 2023, between the hours of 8:00 a.m. and 5:00 p.m.

In considering the motion, the Court finds good reason to allow Dr. Machlus to evaluate Defendant in a private room (with a table and chairs, as well as an electrical outlet) at the Charlotte County Jail on the scheduled date. In addition, Dr. Machlus must provide any necessary identification and follow Charlotte County Jail's procedures while at the facility.

Accordingly, it is now

**ORDERED:**

Defendant Luis Daniel Fuentes' Motion for Court Order to Permit Expert Access to Detained Defendant to Assist Court-Appointed Counsel (Doc. 35) is **GRANTED**. Dr. Machlus is **AUTHORIZED** to evaluate Defendant on **August 28, 2023**, between 8:00 am and 5:00 pm at the Charlotte County Jail.

**DONE AND ORDERED** in Fort Myers, Florida on August 22, 2023.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record