UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-cr-49-SPC-NPM

LUIS DANIEL FUENTES

## AMENDED ORDER

Before the Court is the United States Magistrate Judge's Amended Report and Recommendation. (Doc. 70). The Magistrate Judge recommends the Court accept Defendant's guilty plea and adjudicate Defendant guilty. The parties have waived the fourteen-day objection period. (Docs. 59; 60). After examining the file independently, and upon considering the Magistrate Judge's findings and recommendations, the Court accepts and adopts the Amended Report and Recommendation.

Accordingly, it is **ORDERED:**

(1) The Amended Report and Recommendation (Doc. 70) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.

(2) Defendant's plea of guilty is **ACCEPTED** and Defendant is **ADJUDICATED GUILTY** as to Counts One, Two, Three and Four of the Indictment.

(3) The sentencing hearing is set for **May 28, 2024 at 1:30 PM**.

**DONE AND ORDERED** in Fort Myers, Florida on February 20, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record