UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES,

    Plaintiff,

v.                                          Case No.:  2:23-cr-49-SPC-NPM

LUIS DANIEL FUENTES,

    Defendant.
_____/

## ORDER

Before the Court is Defendant Luis Fuentes' Unopposed Motion Requesting an Order Clarifying that Defendant Shall Not Be Released Prior to Sentencing. (Doc. 72). Defendant was charged with four counts of producing and possessing child pornography. (Doc. 1). At his initial appearance, the Court ordered Defendant detained pending trial. (Doc. 15). Since then, Defendant has pleaded guilty to all offenses charged and will be sentenced on May 28, 2024. (Docs. 66, 68, 69).

Because Defendant has pleaded guilty to four crimes of violence, and at least three carry mandatory minimum terms of imprisonment, the Court must detain Defendant pending his sentencing. *See* 18 U.S.C. § 3143(a). And once sentenced, the Court must detain him pending any appeal. *See* 18 U.S.C. § 3143(b) and (c). So Defendant must remain in the custody of the United States

Marshal pending sentencing and then be remanded to the Federal Bureau of Prisons.

Accordingly, it is

**ORDERED:**

1. Defendant Luis Fuentes' Unopposed Motion Requesting an Order Clarifying that Defendant Shall Not Be Released Prior to Sentencing (Doc. 72) is **GRANTED**.

2. Defendant must remain in the custody of the United States Marshal pending sentencing and then be remanded to the Federal Bureau of Prisons.

**DONE** and **ORDERED** in Fort Myers, Florida on February 22, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2