UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO.: 2:23-cr-49-SPC-NPM

LUIS DANIEL FUENTES

## **PRELIMINARY ORDER OF FOREFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forefeiture. (Doc. 74). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in the following items (hereinafter "Assets"):

- 1 SanDisk Micro SD card, 32GB
- 2 Micro SD cards, 16GB
- 1 SanDisk Micro SD card, 16GB
- 1 Micro SD card, 32GB
- 1 Samsung Micro SD card, 2GB
- 1 Kingmax Micro SD card, 16GB, and
- A LG cellular phone.

*See* 18 U.S.C. § 2253; Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above Assets to the adjudicated offenses of producing and possessing child pornography. The Court thus finds the United States is entitled to possession of the Assets.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 74) is **GRANTED**.

1. The Assets (identified above) are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. §2253 and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on February 29, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:    Suzanne C. Nebesky, AUSA
           Counsel of Record