UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-cr-49-SPC-NPM

LUIS DANIEL FUENTES

## **FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 78). The Government seeks to have forfeited the following items (hereinafter "Assets"), which were subject to a February 29, 2024 Preliminary Order of Forfeiture (Doc. 75):

1. 1 SanDisk Micro SD card, 32GB;
2. 2 Micro SD cards, 16GB;
3. 1 SanDisk Micro SD card, 16GB;
4. 1 Micro SD card, 32GB;
5. 1 Samsung Micro SD card, 2GB;
6. 1 Kingmax Micro SD card, 16GB; and
7. A LG cellular phone.

Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus finds all right, title and interest in the Assets shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 78) is **GRANTED**.

1. Defendant's interest in the Assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on May 10, 2024.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record